IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMIRE J. LOGAN,<br>a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 922(g)(1), 922(g)(3), 922(k), 924(a)(1)(B), 924(a)(8), and 2 |

COUNT ONE

**Possession of Firearms and Ammunition by a Convicted Felon**

The Grand Jury Charges:

On or about June 24, 2024, in the District of North Dakota,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

(1)     Possession with Intent to Deliver Marijuana, in violation of N.D. Cent. Code § 19-03.1-23(1)(b), a Class B felony if committed by an adult, in State of North Dakota, County of Cass, case number 09-2020-JV-509, adjudicated on or about January 4, 2021; and

(2)     Terrorizing, in violation of N.D. Cent. Code § 12.1-17-04(1), a Class C felony if committed by an adult, in State of North Dakota, County of Cass, case number 09-2021-JV-432, adjudicated on or about November 22, 2021;

did knowingly possess in and affecting commerce firearms and ammunition, that is:

(1)     Ruger, Model SR1911, .45 caliber pistol, Serial Number 671-52742;

(2)     FNH, Model FN15, multi-caliber firearm, Serial Number FNA004139;

(3)     SAR Arms, Model SASP, 12-ga. shotgun, Serial Number 13SA000045;

(4)     Derya Arms, Model Carina AG, 12-ga. shotgun, Serial Number R372440;

(5)     Multiple .45 caliber rounds of ammunition;

(6)     Multiple .380 caliber rounds of ammunition; and

(7)     Multiple 9mm rounds of ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## COUNT TWO

**Possession of Firearms and Ammunition by a Drug User or Addict**

The Grand Jury Further Charges:

On or about June 24, 2024, in the District of North Dakota,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV,

knowing that he was an unlawful user of, and addicted to, any controlled substance, did knowingly possess in and affecting commerce firearms and ammunition, that is:

(1) Ruger, Model SR1911, .45 caliber pistol, Serial Number 671-52742;

(2) FNH, Model FN15, multi-caliber firearm, Serial Number FNA004139;

(3) SAR Arms, Model SASP, 12-ga. shotgun, Serial Number 13SA000045;

(4) Derya Arms, Model Carina AG, 12-ga. shotgun, Serial Number R372440;

(5) Multiple .45 caliber rounds of ammunition;

(6) Multiple .380 caliber rounds of ammunition; and

(7) Multiple 9mm rounds of ammunition;

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(8), and 2.

## COUNT THREE

**Possession of a Firearm and Ammunition by a Convicted Felon**

The Grand Jury Further Charges:

On or about September 24, 2024, in the District of North Dakota,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

(1) Possession with Intent to Deliver Marijuana, in violation of N.D. Cent. Code § 19-03.1-23(1)(b), a Class B felony if committed by an adult, in State of North Dakota, County of Cass, case number 09-2020-JV-509, adjudicated on or about January 4, 2021; and

(2) Terrorizing, in violation of N.D. Cent. Code § 12.1-17-04(1), a Class C felony if committed by an adult, in State of North Dakota, County of Cass, case number 09-2021-JV-432, adjudicated on or about November 22, 2021;

did knowingly possess in and affecting commerce a firearm and ammunition, that is:

(1) Taurus, Model G2c, 9mm pistol, with obliterated serial number; and

(2) Multiple 9mm rounds of ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## COUNT FOUR

**Possession of a Firearm and Ammunition by a Drug User or Addict**

The Grand Jury Further Charges:

On or about September 24, 2024, in the District of North Dakota,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV,

knowing that he was an unlawful user of, and addicted to, any controlled substance, did knowingly possess in and affecting commerce a firearm and ammunition, that is:

(1)  Taurus, Model G2c, 9mm pistol, with obliterated serial number; and

(2)  Multiple 9mm rounds of ammunition;

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(8), and 2.

COUNT FIVE

**Possession of a Firearm with an Obliterated Serial Number**

The Grand Jury Further Charges:

On or about September 24, 2024, in the District of North Dakota,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV,

knowingly possessed a firearm, namely, Taurus, Model G2c, 9mm pistol, which had the manufacturer's serial number removed, obliterated, and altered, and which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B), and 2.

FORFEITURE NOTICE

Upon conviction of the offenses alleged in this Indictment,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to, the following:

(1) Ruger, Model SR1911, .45 caliber pistol, Serial Number 671-52742;

(2) FNH, Model FN15, multi-caliber firearm, Serial Number FNA004139;

(3) SAR Arms, Model SASP, 12-ga. shotgun, Serial Number 13SA000045;

(4) Derya Arms, Model Carina AG, 12-ga. shotgun, Serial Number R372440;

(5) Taurus, Model G2c, 9mm pistol, with obliterated serial number;

(6) Multiple .45 caliber rounds of ammunition;

(7) Multiple .380 caliber rounds of ammunition; and

(8) Multiple 9mm rounds of ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/ak