# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America, ) <br> ) <br>            Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Amire J. Logan, ) <br> ) <br>            Defendant. ) | **ORDER** <br><br> Case No. 3:24-cr-171 |

Defendant Amire J. Logan moves pro se for discovery. Doc. 27. A district court is not obligated to entertain pro se motions filed by a represented party. United States v. Pate, 754 F.3d 550, 553 (8th Cir. 2014). Logan is currently represented by counsel, and the responsibility to file any motions rests with counsel. So, his motion (Doc. 27) is **DENIED**. The Clerk of Court is directed to mail a copy of this order directly to Logan.

**IT IS SO ORDERED**.

Dated this 18th day of November, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court