## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) ) ) Case No. 3:24-cr-171 |
| vs. | ) ) **ORDER DENYING** |
| Amire J. Logan, | ) **MOTION FOR RELEASE** ) ) |
| Defendant. | ) |

Amire J. Logan is detained pending availability of a residential reentry center placement. (Doc. 19). He moves for release to a sober living home to which he has been accepted. (Doc. 34).

During an interview with a Pretrial Services Officer, Logan chose not to provide information about any substance abuse history. (Doc. 16). And the sober living home to which Logan has been accepted is not one that our Pretrial Services Office would approve. For those reasons, at this time Logan's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated this 15th day of January, 2025.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge