IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AMIRE J. LOGAN,<br>a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV | **INFORMATION**<br><br>Case No. 3:24-cr-171<br><br>Violations: 18 U.S.C. §§ 922(j), 922(k), 924(a)(1)(B), 924(a)(2), and 2 |

### COUNT ONE

**Possession of a Stolen Firearm**

The United States Attorney Charges:

On or about June 24, 2024, in the District of North Dakota,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV,

knowingly possessed, received, concealed, and stored a stolen firearm, that is one FNH, Model FN15, multi-caliber firearm, Serial Number FNA004139, which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen;

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT TWO

### Possession of a Firearm with an Obliterated Serial Number

The United States Attorney Further Charges:

On or about September 24, 2024, in the District of North Dakota,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV,

knowingly possessed a firearm, namely, Taurus, Model G2c, 9mm pistol, which had the manufacturer's serial number removed, obliterated, and altered, and which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B), and 2.

## FORFEITURE NOTICE

Upon conviction of the offenses alleged in this Information,

AMIRE J. LOGAN, a/k/a JVEONTE LOGAN, a/k/a J, a/k/a JV,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including, but not limited to, the following:

(1) Ruger, Model SR1911, .45 caliber pistol, Serial Number 671-52742;

(2) FNH, Model FN15, multi-caliber firearm, Serial Number FNA004139;

(3) SAR Arms, Model SASP, 12-ga. shotgun, Serial Number 13SA000045;

(4) Derya Arms, Model Carina AG, 12-ga. shotgun, Serial Number R372440;

(5) Taurus, Model G2c, 9mm pistol, with obliterated serial number;

(6) Multiple .45 caliber rounds of ammunition;

(7) Multiple .380 caliber rounds of ammunition; and

(8) Multiple 9mm rounds of ammunition.

/s/ _____
for JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

JTR/ak